| Company Code | Loc/Dept | Number | Page |
|---|---|---|---|
| RK / U2J 21035825 | 01/200 | 4698715 | 1 of 1 |

ORAL & MAXILLOFACIAL SURGICAL
2100 N BROAD STREET
SUITE 106
LANSDALE, PA 19446

**Earnings Statement**

ADP®

Period Starting: 06/17/2018
Period Ending: 06/30/2018
Pay Date: 07/03/2018

Taxable Marital Status: Single
Exemptions/Allowances: Tax Override:
 Federal: 1   Federal:
 State: 0    State:
 Local: 0    Local:
Social Security Number: XXX-XX-XXXX

Jennifer C Donaghy
204 Washington Ct
Telford, PA 18969

| Earnings | rate | hours/units | this period | year to date |
|---|---|---|---|---|
| Regular | 16.0000 | 59.28 | 948.48 | 13733.76 |
| Vacation | | | 0.00 | 448.00 |
| Holiday | | | 0.00 | 384.00 |
| Meetings | | | 0.00 | 7.25 |
| Gross Pay | | | $948.48 | $14,573.01 |

| Statutory Deductions | this period | year to date |
|---|---|---|
| Federal Income | -58.18 | 994.07 |
| Social Security | -57.27 | 882.03 |
| Medicare | -13.39 | 206.28 |
| Pennsylvania State Income | -28.36 | 436.75 |
| Pennsylvania State UI | -0.57 | 8.75 |
| Hatfield T Local Income | -13.86 | 192.52 |
| Hatfield Twp Local Services | -2.00 | 28.00 |

| Voluntary Deductions | this period | year to date |
|---|---|---|
| *401(k) plan % | -75.87 | 1165.77 |
| *Allstate Deduction PRE | -6.28 | 87.92 |
| *Dental pre-tax | -18.49 | 258.86 |
| Allstate Deduction | -39.12 | 547.68 |

| Net Pay | | $635.09 |
|---|---|---|

| Other Benefits and Information | this period | year to date |
|---|---|---|
| Total Hours Worked | 59.28 | 858.36 |

| Deposits account number | transit/ABA | amount |
|---|---|---|
| XXXXXX4126 | XXXXXXXXX | 635.09 |

Your federal taxable wages this period are $847.84
* Excluded from Federal taxable wages

ORAL & MAXILLOFACIAL SURGICAL
2100 N BROAD STREET
SUITE 106
LANSDALE, PA 19446

Pay Date: 07/03/2018

Deposited to the account
Checking DirectDeposit

| account number | transit/ABA | amount |
|---|---|---|
| XXXXXX4126 | XXXXXXXXX | 635.09 |

THIS IS NOT A CHECK

Jennifer C Donaghy
204 Washington Ct
Telford, PA 18969

| Company Code | Loc/Dept | Number | Page |
|---|---|---|---|
| RK/U2J 21035825 | 01/200 | 4732045 | 1 of 1 |

ORAL & MAXILLOFACIAL SURGICAL
2100 N BROAD STREET
SUITE 106
LANSDALE, PA 19446

**Earnings Statement** 

Period Starting: 07/01/2018
Period Ending: 07/14/2018
Pay Date: 07/18/2018

Taxable Marital Status: Single
Exemptions/Allowances:  Tax Override:
  Federal: 1     Federal:
  State: 0       State:
  Local: 0       Local:
Social Security Number: XXX-XX-XXXX

Jennifer C Donaghy
204 Washington Ct
Telford, PA 18969

| Earnings | rate | hours/units | this period | year to date |
|---|---|---|---|---|
| Regular | 16.0000 | 65.47 | 1047.52 | 14781.28 |
| Vacation | | | 0.00 | 448.00 |
| Holiday | 16.0000 | 8.00 | 128.00 | 512.00 |
| Meetings | | | 0.00 | 7.25 |
| **Gross Pay** | | | **$1,175.52** | **$15,748.53** |

| Statutory Deductions | this period | year to date |
|---|---|---|
| Federal Income | -83.25 | 1077.32 |
| Social Security | -71.34 | 953.37 |
| Medicare | -16.69 | 222.97 |
| Pennsylvania State Income | -35.33 | 472.08 |
| Pennsylvania State UI | -0.70 | 9.45 |
| Hatfield T Local Income | -17.26 | 209.78 |
| Hatfield Twp Local Services | -2.00 | 30.00 |

| Voluntary Deductions | this period | year to date |
|---|---|---|
| *401(k) plan % | -94.04 | 1259.81 |
| *Allstate Deduction PRE | -6.28 | 94.20 |
| *Dental pre-tax | -18.49 | 277.35 |
| Allstate Deduction | -39.12 | 586.80 |

**Net Pay** $791.02

| Other Benefits and Information | this period | year to date |
|---|---|---|
| Total Hours Worked | 65.47 | 923.83 |

| Deposits account number | transit/ABA | amount |
|---|---|---|
| XXXXXX4126 | XXXXXXXXX | 791.02 |

Your federal taxable wages this period are $1,056.71
* Excluded from Federal taxable wages

ORAL & MAXILLOFACIAL SURGICAL
2100 N BROAD STREET
SUITE 106
LANSDALE, PA 19446

Pay Date: 07/18/2018

Deposited to the account               account number     transit/ABA   amount
Checking DirectDeposit                 XXXXXX4126         XXXXXXXXX     791.02

**THIS IS NOT A CHECK**

Jennifer C Donaghy
204 Washington Ct
Telford, PA 18969

| Company Code | Loc/Dept | Number | Page |
|---|---|---|---|
| RK/U2J 21035825 | 01/200 | 4767699 | 1 of 1 |

ORAL & MAXILLOFACIAL SURGICAL
2100 N BROAD STREET
SUITE 106
LANSDALE, PA 19446

**Earnings Statement**

ADP

Period Starting: 07/15/2018
Period Ending: 07/28/2018
Pay Date: 08/01/2018

Taxable Marital Status: Single
Exemptions/Allowances:         Tax Override:
  Federal: 1                     Federal:
  State: 0                       State:
  Local: 0                       Local:
Social Security Number: XXX-XX-XXXX

Jennifer C Donaghy
204 Washington Ct
Telford, PA 18969

| Earnings | rate | hours/units | this period | year to date |
|---|---|---|---|---|
| Regular | 16.0000 | 72.20 | 1155.20 | 15936.48 |
| Vacation | | | 0.00 | 448.00 |
| Holiday | | | 0.00 | 512.00 |
| Meetings | | | 0.00 | 7.25 |
| **Gross Pay** | | | **$1,155.20** | **$16,903.73** |

| Other Benefits and Information | this period | year to date |
|---|---|---|
| Total Hours Worked | 72.20 | 996.03 |

| Deposits account number | transit/ABA | amount |
|---|---|---|
| XXXXXX4126 | XXXXXXXXX | 777.06 |

| Statutory Deductions | this period | year to date |
|---|---|---|
| Federal Income | -81.00 | 1158.32 |
| Social Security | -70.09 | 1023.46 |
| Medicare | -16.39 | 239.36 |
| Pennsylvania State Income | -34.70 | 506.78 |
| Pennsylvania State UI | -0.70 | 10.15 |
| Hatfield T Local Income | -16.96 | 226.74 |
| Hatfield Twp Local Services | -2.00 | 32.00 |

| Voluntary Deductions | this period | year to date |
|---|---|---|
| *401(k) plan % | -92.41 | 1352.22 |
| *Allstate Deduction PRE | -6.28 | 100.48 |
| *Dental pre-tax | -18.49 | 295.84 |
| Allstate Deduction | -39.12 | 625.92 |
| **Net Pay** | **$777.06** | |

Your federal taxable wages this period are $1,038.02
* Excluded from Federal taxable wages

ORAL & MAXILLOFACIAL SURGICAL
2100 N BROAD STREET
SUITE 106
LANSDALE, PA 19446

Pay Date: 08/01/2018

Deposited to the account
Checking DirectDeposit

| account number | transit/ABA | amount |
|---|---|---|
| XXXXXX4126 | XXXXXXXXX | 777.06 |

THIS IS NOT A CHECK

Jennifer C Donaghy
204 Washington Ct
Telford, PA 18969

| Company Code | Loc/Dept | Number | Page |
|---|---|---|---|
| RK/U2J 21035825 | 01/200 | 4804008 | 1 of 1 |

ORAL & MAXILLOFACIAL SURGICAL
2100 N BROAD STREET
SUITE 106
LANSDALE, PA 19446

**Earnings Statement** 

Period Starting: 07/29/2018
Period Ending: 08/11/2018
Pay Date: 08/15/2018

Taxable Marital Status: Single
Exemptions/Allowances:      Tax Override:
   Federal: 1                   Federal:
   State: 0                     State:
   Local: 0                     Local:
Social Security Number: XXX-XX-XXXX

Jennifer C Donaghy
204 Washington Ct
Telford, PA 18969

| Earnings | rate | hours/units | this period | year to date |
|---|---|---|---|---|
| Regular | 16.0000 | 65.41 | 1046.56 | 16983.04 |
| Vacation | | | 0.00 | 448.00 |
| Holiday | | | 0.00 | 512.00 |
| Meetings | | | 0.00 | 7.25 |
| **Gross Pay** | | | **$1,046.56** | **$17,950.29** |

| Statutory Deductions | this period | year to date |
|---|---|---|
| Federal Income | -69.01 | 1227.33 |
| Social Security | -63.35 | 1086.81 |
| Medicare | -14.81 | 254.17 |
| Pennsylvania State Income | -31.37 | 538.15 |
| Pennsylvania State UI | -0.63 | 10.78 |
| Hatfield T Local Income | -15.33 | 242.07 |
| Hatfield Twp Local Services | -2.00 | 34.00 |

| Voluntary Deductions | this period | year to date |
|---|---|---|
| *401(k) plan % | -83.72 | 1435.94 |
| *Allstate Deduction PRE | -6.28 | 106.76 |
| *Dental pre-tax | -18.49 | 314.33 |
| Allstate Deduction | -39.12 | 665.04 |

| Net Pay | $702.45 |
|---|---|

| Other Benefits and Information | this period | year to date |
|---|---|---|
| Total Hours Worked | 65.41 | 1061.44 |

| Deposits account number | transit/ABA | amount |
|---|---|---|
| XXXXXX4126 | XXXXXXXXX | 702.45 |

Your federal taxable wages this period are $938.07
* Excluded from Federal taxable wages

ORAL & MAXILLOFACIAL SURGICAL
2100 N BROAD STREET
SUITE 106
LANSDALE, PA 19446

Pay Date: 08/15/2018

Deposited to the account
Checking DirectDeposit

| account number | transit/ABA | amount |
|---|---|---|
| XXXXXX4126 | XXXXXXXXX | 702.45 |

**THIS IS NOT A CHECK**

Jennifer C Donaghy
204 Washington Ct
Telford, PA 18969

| Company Code | Loc/Dept | Number | Page |
|---|---|---|---|
| RK/U2J 21035825 | 01/200 | 4835961 | 1 of 1 |

ORAL & MAXILLOFACIAL SURGICAL
2100 N BROAD STREET
SUITE 106
LANSDALE, PA 19446

**Earnings Statement**

ADP

Period Starting: 08/12/2018
Period Ending: 08/25/2018
Pay Date: 08/29/2018

Taxable Marital Status: Single
Exemptions/Allowances:    Tax Override:
  Federal: 1               Federal:
  State: 0                 State:
  Local: 0                 Local:
Social Security Number: XXX-XX-XXXX

Jennifer C Donaghy
204 Washington Ct
Telford, PA 18969

| Earnings | rate | hours/units | this period | year to date |
|---|---|---|---|---|
| Regular | 16.0000 | 26.93 | 430.88 | 17413.92 |
| Vacation | 16.0000 | 32.00 | 512.00 | 960.00 |
| Holiday | | | 0.00 | 512.00 |
| Meetings | | | 0.00 | 7.25 |
| Gross Pay | | | $942.88 | $18,893.17 |

| Statutory Deductions | this period | year to date |
|---|---|---|
| Federal Income | -57.56 | 1284.89 |
| Social Security | -56.92 | 1143.73 |
| Medicare | -13.32 | 267.49 |
| Pennsylvania State Income | -28.19 | 566.34 |
| Pennsylvania State UI | -0.56 | 11.34 |
| Hatfield T Local Income | -13.77 | 255.84 |
| Hatfield Twp Local Services | -2.00 | 36.00 |

| Voluntary Deductions | this period | year to date |
|---|---|---|
| *401(k) plan % | -75.43 | 1511.37 |
| *Allstate Deduction PRE | -6.28 | 113.04 |
| *Dental pre-tax | -18.49 | 332.82 |
| Allstate Deduction | -39.12 | 704.16 |
| Net Pay | $631.24 | |

| Other Benefits and Information | this period | year to date |
|---|---|---|
| Total Hours Worked | 26.93 | 1088.37 |

| Deposits account number | transit/ABA | amount |
|---|---|---|
| XXXXXX4126 | XXXXXXXXX | 631.24 |

Your federal taxable wages this period are $842.68
* Excluded from Federal taxable wages

ORAL & MAXILLOFACIAL SURGICAL
2100 N BROAD STREET
SUITE 106
LANSDALE, PA 19446

Pay Date: 08/29/2018

Deposited to the account
Checking DirectDeposit

THIS IS NOT A CHECK

| account number | transit/ABA | amount |
|---|---|---|
| XXXXXX4126 | XXXXXXXXX | 631.24 |

Jennifer C Donaghy
204 Washington Ct
Telford, PA 18969