United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                 Case No. 18-16128-amc
Jennifer C Donaghy                                                     Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2          User: Virginia          Page 1 of 2          Date Rcvd: Nov 07, 2018
                              Form ID: 152            Total Noticed: 22

```
Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 09, 2018.
db             +Jennifer C Donaghy,    204 Washington Court,    Telford, PA 18969-1238
14197524       +Eastern Diversified Services Inc,    89 Allentown Road,    Souderton, PA 18964-2203
14197525       +Grand View Hospital,    700 Lawn Avenue,    Sellersville, PA 18960-1587
14197529       +North Wales Family Medicine,    212 N Main St #203,    North Wales, PA 19454-3129
14197528       +North Wales Family Medicine,    212 North Main Street # 203,    North Wales, PA 19454-3129
14197530        Pay Pal/Bill Me Later,    PO Box 105658,    Atlanta, GA 30348-5658
14200353       +PennyMac Loan Services LLC,    c/o Rebecca A. Solarz, Esq.,    KML Law Group, P.C.,
                 701 Market Street, Suite 5000,    Philadelphia, PA 19106-1541
14197531       +Pennymac Loan Services,    6101 Condor Dr,    Moorpark, CA 93021-2602
14197533        Pressler Felt & Warshaw, LLP,    7 Entin Road,    Parsippany, NJ 07054-5020
14197534       +Td Bank Usa/targetcred,    Po Box 673,    Minneapolis, MN 55440-0673

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: megan.harper@phila.gov Nov 08 2018 02:38:10     City of Philadelphia,
                 City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                 Philadelphia, PA  19102-1595
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Nov 08 2018 02:37:43
                 Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA  17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Nov 08 2018 02:38:04     U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
14208340        E-mail/Text: mrdiscen@discover.com Nov 08 2018 02:37:31     Discover Bank,
                 Discover Products Inc,    PO Box 3025,    New Albany, OH  43054-3025
14197523       +E-mail/Text: mrdiscen@discover.com Nov 08 2018 02:37:31     Discover Fin Svcs Llc,
                 Po Box 15316,    Wilmington, DE 19850-5316
14218747        E-mail/Text: JCAP_BNC_Notices@jcap.com Nov 08 2018 02:38:00     Jefferson Capital Systems LLC,
                 Po Box 7999,    Saint Cloud Mn 56302-9617
14197526        E-mail/Text: JCAP_BNC_Notices@jcap.com Nov 08 2018 02:38:00     Jefferson Capital Syst,
                 16 Mcleland Rd,    Saint Cloud, MN 56303
14197527       +E-mail/Text: bankruptcydpt@mcmcg.com Nov 08 2018 02:37:53     Midland Funding,
                 2365 Northside Dr Ste 30,    San Diego, CA 92108-2709
14224130       +E-mail/Text: bankruptcydpt@mcmcg.com Nov 08 2018 02:37:53     Midland Funding LLC,
                 PO Box 2011,    Warren, MI 48090-2011
14197761       +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Nov 08 2018 02:39:30
                 PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
14197532       +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Nov 08 2018 02:39:19
                 Portfolio Recov Assoc,    120 Corporate Blvd Ste 100,    Norfolk, VA 23502-4952
14198021       +E-mail/PDF: gecsedi@recoverycorp.com Nov 08 2018 02:39:10     Synchrony Bank,
                 c/o PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
                                                                                               TOTAL: 12

               ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 09, 2018                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 7, 2018 at the address(es) listed below:
              JACK K. MILLER    on behalf of Trustee WILLIAM C. MILLER, Esq. philaecf@gmail.com,
               ecfemails@ph13trustee.com
              JOSEPH L QUINN    on behalf of Debtor Jennifer C Donaghy CourtNotices@sjr-law.com
              REBECCA ANN SOLARZ    on behalf of Creditor   PENNYMAC LOAN SERVICES, LLC bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,    philaecf@gmail.com
```

```
District/off: 0313-2          User: Virginia             Page 2 of 2               Date Rcvd: Nov 07, 2018
                              Form ID: 152               Total Noticed: 22
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

TOTAL: 5

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

---

In Re: Jennifer C Donaghy

    Debtor(s)

Case No: 18−16128−amc

Chapter: 13

---

### NOTICE OF RESCHEDULED HEARING

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a CONFIRMATION HEARING will be held before the Honorable Ashely M. Chan

, United States Bankruptcy Court 1/8/19 at 10:00 AM , in Courtroom #4, 900 Market Street, Philadelphia, PA 19107

For The Court

Timothy B. McGrath
Clerk of Court

20
Form 152