Certificate Number: 05781-PAE-DE-031936395

Bankruptcy Case Number: 18-16128



05781-PAE-DE-031936395

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on November 21, 2018, at 4:59 o'clock PM PST, Jennifer Donaghy completed a course on personal financial management given by internet by Sage Personal Finance, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date:   November 21, 2018             By:   /s/Allison M Geving

                                      Name: Allison M Geving

                                      Title: President