# UNITED STATES BANKRUPCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| In re:  Jennifer C. Donaghy | Chapter 13 |
|---|---|
| Debtor(s) | BK No. 18-16128-amc |

### CERTIFICATE OF NO RESPONSE

The undersigned does hereby certify:

1. That I am the attorney for Debtor(s) in the above captioned matter.

2. That a copy of the Application for Compensation was filed with the Court on March 22, 2019, along with the Notice of Application and Response Deadline, and a Certificate of Service of the Application and Notice was filed verifying that the documents were timely served on March 22, 2019.

3. No response to said Application has been received.

Respectfully Submitted,

**LAW OFFICE OF STEPHEN ROSS, P.C**

By: */s/ Joseph L. Quinn*
 Joseph L. Quinn, Esquire
 Attorney for Debtor
 Attorney I.D. No. 307467
 Law Office of Stephen Ross, P.C.
 152 E. High Street, Suite 100
 Pottstown, PA 19464
 Ph: (610) 323-5300

Dated: April 15, 2019