# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

                                       Chapter 13

                                       Bankruptcy No. 18-16128-AMC

JENNIFER C DONAGHY

204 WASHINGTON COURT

TELFORD, PA 18969

        Debtor

## CERTIFICATE OF SERVICE

**AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

JENNIFER C DONAGHY

204 WASHINGTON COURT

TELFORD, PA 18969

Counsel for debtor(s), by electronic notice only.

JOSEPH L QUINN, ESQ
ROSS, QUINN, & PLOPPERT, P.C.
192 S. HANOVER ST., STE #101
POTTSTOWN, PA 19464-

                                      /S/ William C. Miller

Date: 2/25/2020                         _____

                                      William C. Miller, Esquire
                                      Chapter 13 Standing Trustee