United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 18-16128-mdc |
| Jennifer C Donaghy | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 3 |
| Date Rcvd: Jul 20, 2022 | Form ID: 138OBJ | Total Noticed: 26 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 22, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Jennifer C Donaghy, 204 Washington Court, Telford, PA 18969-1238 |
| 14197524 | + | Eastern Diversified Services Inc, 89 Allentown Road, Souderton, PA 18964-2203 |
| 14197525 | + | Grand View Hospital, 700 Lawn Avenue, Sellersville, PA 18960-1587 |
| 14197529 | #+ | North Wales Family Medicine, 212 N Main St #203, North Wales, PA 19454-3129 |
| 14197528 | #+ | North Wales Family Medicine, 212 North Main Street # 203, North Wales, PA 19454-3129 |
| 14200353 | + | PennyMac Loan Services LLC, c/o Rebecca A. Solarz, Esq., KML Law Group, P.C., 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Jul 20 2022 23:44:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jul 20 2022 23:44:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 14208340 | | Email/Text: mrdiscen@discover.com | Jul 20 2022 23:44:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 14197523 | + | Email/Text: mrdiscen@discover.com | Jul 20 2022 23:44:00 | Discover Fin Svcs Llc, Po Box 15316, Wilmington, DE 19850-5316 |
| 14197526 | | Email/Text: JCAP_BNC_Notices@jcap.com | Jul 20 2022 23:44:00 | Jefferson Capital Syst, 16 Mcleland Rd, Saint Cloud, MN 56303 |
| 14218747 | | Email/Text: JCAP_BNC_Notices@jcap.com | Jul 20 2022 23:44:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud Mn 56302-9617 |
| 14197527 | + | Email/Text: bankruptcydpt@mcmcg.com | Jul 20 2022 23:44:00 | Midland Funding, 2365 Northside Dr Ste 30, San Diego, CA 92108-2710 |
| 14224130 | + | Email/Text: bankruptcydpt@mcmcg.com | Jul 20 2022 23:44:00 | Midland Funding LLC, PO Box 2011, Warren, MI 48090-2011 |
| 14229489 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jul 20 2022 23:42:41 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 14197761 | + | Email/PDF: rmscedi@recoverycorp.com | Jul 20 2022 23:52:55 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14197533 | | Email/Text: signed.order@pfwattorneys.com | Jul 20 2022 23:44:00 | Pressler Felt & Warshaw, LLP, 7 Entin Road, Parsippany, NJ 07054-5020 |
| 14197530 | | Email/PDF: gecsedi@recoverycorp.com | | |

Case 18-16128-mdc   Doc 46   Filed 07/22/22   Entered 07/23/22 00:28:00   Desc Imaged
Certificate of Notice   Page 2 of 4

| District/off: 0313-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Jul 20, 2022 | Form ID: 138OBJ | Total Noticed: 26 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | Jul 20 2022 23:52:50 | Pay Pal/Bill Me Later, PO Box 105658, Atlanta, GA 30348-5658 |
| 14233883 | + | Email/PDF: ebnotices@pnmac.com | Jul 20 2022 23:52:55 | PennyMac Loan Services, LLC, P.O. Box 2410, Moorpark, CA 93020-2410 |
| 14197531 | + | Email/PDF: ebnotices@pnmac.com | Jul 21 2022 00:03:59 | Pennymac Loan Services, 6101 Condor Dr, Moorpark, CA 93021-2602 |
| 14197532 | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jul 20 2022 23:52:55 | Portfolio Recov Assoc, 120 Corporate Blvd Ste 100, Norfolk, VA 23502-4952 |
| 14234709 | + | Email/Text: bncmail@w-legal.com | Jul 20 2022 23:44:00 | Prosper Funding LLC, C O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 14234708 | + | Email/Text: bncmail@w-legal.com | Jul 20 2022 23:44:00 | SYNCHRONY BANK, c/o Weinstein & Riley, PS, 2001 Western Ave., Ste 400, Seattle, WA 98121-3132 |
| 14198021 | + | Email/PDF: gecsedi@recoverycorp.com | Jul 20 2022 23:42:30 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14234710 | + | Email/Text: bncmail@w-legal.com | Jul 20 2022 23:44:00 | TD Bank USA, N.A., C O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 14197534 | + | Email/Text: bncmail@w-legal.com | Jul 20 2022 23:44:00 | Td Bank Usa/targetcred, Po Box 673, Minneapolis, MN 55440-0673 |

TOTAL: 20

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14293223 | ##+ | Law Office of Stephen Ross, P.C., 152 E. High Street, Suite 100, Pottstown, PA 19464-5480 |

TOTAL: 0 Undeliverable, 0 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 22, 2022        Signature:        /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 20, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| JACK K. MILLER | on behalf of Trustee WILLIAM C. MILLER Esq. philaecf@gmail.com, ecfemails@ph13trustee.com |
| JOSEPH L QUINN | on behalf of Debtor Jennifer C Donaghy CourtNotices@rqplaw.com |
| KENNETH E. WEST | |

| District/off: 0313-2 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Jul 20, 2022 | Form ID: 138OBJ | Total Noticed: 26 |

        ecfemails@ph13trustee.com   philaecf@gmail.com

KENNETH E. WEST
        on behalf of Trustee KENNETH E. WEST ecfemails@ph13trustee.com   philaecf@gmail.com

REBECCA ANN SOLARZ
        on behalf of Creditor PENNYMAC LOAN SERVICES  LLC bkgroup@kmllawgroup.com, rsolarz@kmllawgroup.com

United States Trustee
        USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 6

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

___

In Re: Jennifer C Donaghy
        Debtor(s)

Case No: 18−16128−mdc
Chapter: 13

___

### NOTICE OF DEADLINE TO OBJECT TO DISCHARGE

To all creditors and parties in interest, NOTICE IS GIVEN THAT:

The Standing Chapter 13 Trustee has indicated that all plan payments have been made.

Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § 1328(h), must be filed in writing within 14 days from the date of this Notice with the Clerk of the U.S. Bankruptcy Court.

All objections must be filed with the Clerk at the following address:

> 900 Market Street
> Suite 400
> Philadelphia, PA 19107

In the absence of any objection, the Court may enter the Order of Discharge.

For The Court

Timothy B. McGrath
Clerk of Court

Dated: 7/20/22