**Weinstein & Riley, P.S.**
2001 Western Ave., Suite 400
Seattle, WA 98121
Telephone: (206) 269-3490

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA (PHILADELPHIA)

| | |
|---|---|
| In re:<br>Jennifer C Donaghy<br>　　　　　Debtor.<br><br><br>SSN # XXX-XX-0918 | Chapter 13<br>CASE NO. 18-16128-mdc<br><br>NOTICE OF WITHDRAWAL OF<br>PROOF OF CLAIM |

TO: Attorney for the Debtor: Joseph L Quinn
TO: Clerk of the Court

1. A proof of claim was electronically filed on behalf of Prosper Funding LLC, for account # **XX7237**, in the amount of $15,584.46 docketed by the court on **November 21, 2018**, claim number 10.
2. You are notified that such proof of claim is hereby withdrawn pursuant to Bankruptcy Rule 3006.

DATED:   August 22, 2022

　　　　　　　　　　　　　　　　　　　　**Weinstein & Riley, P.S.**

　　　　　　　　　　　　　　　　　　　　/s/ Jordan Morrison
　　　　　　　　　　　　　　　　　　　　Jordan Morrison, Supervisor
　　　　　　　　　　　　　　　　　　　　Representative for Prosper Funding LLC
　　　　　　　　　　　　　　　　　　　　2001 Western Ave., Suite 400
　　　　　　　　　　　　　　　　　　　　Seattle, WA 98121
　　　　　　　　　　　　　　　　　　　　Telephone: (206) 269-3490
　　　　　　　　　　　　　　　　　　　　Email: bncmail@w-legal.com

**Weinstein & Riley, P.S.**
2001 Western Ave., Suite 400
Seattle, WA 98121
Telephone: (206) 269-3490

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA (PHILADELPHIA)

| | |
|---|---|
| In re:<br>Jennifer C Donaghy<br>          Debtor.<br><br><br>SSN # XXX-XX-0918 | Chapter 13<br>CASE NO. 18-16128-mdc |

CERTIFICATE OF SERVICE

I, Poonsri Wallace, HEREBY CERTIFY under penalty of perjury pursuant to 28 U.S.C. Sec. 1746 that a true and correct copy of the foregoing Notice of Withdrawal of Proof of Claim Number 10 was electronically filed using the Court's ECF system which will send notification of such filing, or by first class mail, postage pre-paid, on August 22, 2022 to the following parties:

Trustee via ECF
KENNETH E. WEST
ecfemails@ph13trustee.com

Debtors' Counsel via ECF
JOSEPH L QUINN
CourtNotices@rqplaw.com

U.S. Trustee via ECF
USTPRegion03.PH.ECF@usdoj.gov

Dated: August 22, 2022

/s/ Poonsri Wallace
Poonsri Wallace