# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **IN RE: Jennifer C. Donaghy**<br>　　　　　　　　　　　Debtor(s)<br><br>**PennyMac Loan Services, LLC**<br>　　　　　　　　　　　Movant<br>vs.<br><br>**Jennifer C. Donaghy**<br>　　　　　　　　　　　Debtor(s)<br><br>**Kenneth E. West Esq.**,<br>　　　　　　　　　　　Trustee | **BK NO. 18-16128 MDC**<br><br>**Chapter 13**<br><br>**Related to Claim No. 8** |

## CERTIFICATE OF SERVICE
## NOTICE OF MORTGAGE PAYMENT CHANGE

I, Rebecca A. Solarz, of KML Law Group, P.C., certify that I am, and at all times hereinafter mentioned was, more than 18 years of age and that on <u>July 28, 2022</u>, I served the above captioned pleading, filed in the proceeding on the parties at the addresses shown below;

<u>Debtor(s)</u>
Jennifer C. Donaghy
204 Washington Court
Telford, PA 18969

<u>Attorney for Debtor(s)</u>
Joseph L. Quinn, 152 East High Street, Suite 100
Pottstown, PA 19464

<u>Trustee</u>
Kenneth E. West Esq.
Office of the Chapter 13 Standing Trustee (VIA ECF)
1234 Market Street - Suite 1813
Philadelphia, PA 19107

Method of Service:  electronic means or first class mail

Dated: <u>July 28, 2022</u>

　　　　　　　　　　　　　　　　　　　　<u>**/s/Rebecca A. Solarz, Esquire**</u>
　　　　　　　　　　　　　　　　　　　　Rebecca A. Solarz, Esquire
　　　　　　　　　　　　　　　　　　　　KML Law Group, P.C.
　　　　　　　　　　　　　　　　　　　　BNY Mellon Independence Center
　　　　　　　　　　　　　　　　　　　　701 Market Street, Suite 5000
　　　　　　　　　　　　　　　　　　　　Philadelphia, PA 19106
　　　　　　　　　　　　　　　　　　　　215-825-6327
　　　　　　　　　　　　　　　　　　　　rsolarz@kmllawgroup.com